Kimberly A. Kamel, WSBA No. 30041
Maximillian K. Archer, WSBA No. 54081
WITHERSPOON KELLEY
422 W. Riverside Ave., Ste. 1100
Spokane, WA 99201
Telephone: (509) 624-5265
*Counsel for Plaintiff/Counter-Defendant VMRD, Inc.*

Geana M. Van Dessel, WSBA #35969
Heather C. Yakely, WSBA #28848
Kutak Rock LLP
510 W. Riverside Ave., Suite 800
Spokane, Washington  99201-0506
Telephone: (509) 747-4040
*Counsel for Defendants and Defendants/Counter-Claimants*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VMRD, INC., a Washington corporation,<br><br>        Plaintiffs,<br>v.<br><br>PIVETDX, INC., a Washington corporation, SAMPATH SRIKANTH and DANA SRIKANTH, individually and as husband and wife, and JOANNA RZEPKA and GRZEGORZ RZEPKA, individually and as husband and wife,<br><br>        Defendants. | NO. 2:20-cv-00240-TOR<br><br>STIPULATED MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS<br><br>**Without Oral Argument on May 27, 2021 at 6:30 p.m.** |

SAMPATH SRIKANTH and JOANNA RZEPKA,

        Counter-Claimants,

v.

VMRD, Inc., a Washington corporation,

        Counter-Defendant.

Pursuant to Fed. R. Civ. P. 41 and Local Civil Rule 41, Plaintiff / Counter-Defendant VMRD, Inc., Defendant/Counter-Claimant Joanna Rzepka, Defendant/Counter-Claimant Sampath Srikanth, Defendant PIVetDx, Inc., Defendant Grzegorz Rzepka, and Defendant Dana Srikanth (collectively, the "Parties") have amicably resolved all of the claims and counterclaims in this lawsuit by way of a private and confidential settlement executed after mediation. The Parties therefore stipulate and agree that this lawsuit and all claims and counterclaims should be dismissed in their entirety with prejudice and without an award of fees or costs to any party.

The Parties respectfully request that the Court enter the [*Proposed*] Stipulated Order of Dismissal of All Claims and Counterclaims filed herewith.

//

//

//

DATED this 27th day of April 2021.

WITHERSPOON • KELLEY

*s/ Kimberly A. Kamel*
Kimberly A. Kamel, WSBA No. 30041
Maximillian K. Archer, WSBA No. 54081
422 W. Riverside Avenue, Suite 1100
Spokane, Washington 99201
Phone: (509) 624-5265 / Fax: (509) 458-2728
kak@witherspoonkelley.com
mka@witherspoonkelley.com
*Counsel for Plaintiff/Counter-Defendant*


KUTAK ROCK LLP

*s/ Geana M. Van Dessel*
Geana M. Van Dessel, WSBA No. 35969
Heather C. Yakely, WSBA No. 28848
510 W. Riverside Ave., Suite 800
Spokane, Washington  99201-0506
Telephone:  (509) 747-4040
Geana.VanDessel@KutakRock.com
Heather.Yakely@KutakRock.com
*Counsel for Defendant Grzegorz Rzepka, Defendant Dana Srikanth, Defendant PIVetDx, Inc. Defendant/Counter-Claimant Joanna Rzepka, and Defendant/Counter-Claimant Sampath Srikanth*