**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| VMRD, INC., a Washington corporation,<br><br>                Plaintiffs,<br>   v.<br><br>PIVETDX, INC., a Washington corporation, SAMPATH SRIKANTH and DANA SRIKANTH, individually and as husband and wife, and JOANNA RZEPKA and GRZEGORZ RZEPKA, individually and as husband and wife,<br><br>                Defendants. | NO. 2:20-cv-00240-TOR<br><br>[PROPOSED] ORDER OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE AND WITHOUT FEES OR COSTS<br><br>**Without Oral Argument on May 27, 2021 at 6:30 p.m.** |
| SAMPATH SRIKANTH and JOANNA RZEPKA,<br><br>              Counter-Claimants,<br>   v.<br><br>VMRD, Inc., a Washington corporation,<br><br>              Counter-Defendant. | |

This matter came before the Court without oral argument on the Parties' Stipulated Motion to Dismiss All Claims and Counterclaims (the "Motion to

[PROPOSED] ORDER OF DISMISSAL. . . : 1



422 W. Riverside Avenue, Suite 1100    Phone: 509.**624**.**5265**
Spokane, Washington 99201-0300    Fax: 509.**458**.**2728**

Dismiss"). The Court, having reviewed the Motion to Dismiss and the records and files herein, concludes that good cause exists under Fed. R. Civ. P. 41 and Local Civil Rule 41 to dismiss this lawsuit and all the claims and counterclaims.

It is hereby ORDERED that:

1. The Parties' Stipulated Motion to Dismiss is GRANTED.

2. The above-captioned lawsuit, and all the claims and counterclaims therein, are DISMISSED with prejudice and without an award of fees or costs to any of the Parties.

DATED this ____ day of _____, 2021.

_____
HONORABLE JUDGE RICE

JOINTLY PRESENTED BY:

WITHERSPOON • KELLEY

s/ *Kimberly A. Kamel*
Kimberly A. Kamel, WSBA No. 30041
Maximillian K. Archer, WSBA No. 54081
422 W. Riverside Avenue, Suite 1100
Spokane, Washington 99201
Phone: (509) 624-5265 / Fax: (509) 458-2728
kak@witherspoonkelley.com
mka@witherspoonkelley.com
*Counsel for Plaintiff VMRD, Inc.*


KUTAK ROCK LLP

s/ *Geana M. Van Dessel*
Geana M. Van Dessel, WSBA No. 35969
Heather C. Yakely, WSBA No. 28848
510 W. Riverside Ave., Suite 800
Spokane, Washington  99201-0506
Telephone: (509) 747-4040
Geana.VanDessel@KutakRock.com
Heather.Yakely@KutakRock.com
*Counsel for Defendant Grzegorz Rzepka,*
*Defendant Dana Srikanth, Defendant PIVetDx, Inc.*
*Defendant/Counter-Claimant Joanna Rzepka,*
*and Defendant/Counter-Claimant Sampath Srikanth*

[PROPOSED] ORDER OF DISMISSAL. . . : 3



WITHERSPOON•KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100     Phone: 509.**624.5265**
Spokane, Washington 99201-0300          Fax: 509.**458.2728**