UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VMRD, INC. a Washington corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>PIVETDX, INC., a Washington corporation, SAMPATH SRIKANTH and DANA SRIKANTH, individually and as husband and wife, and JOANNA RZEPKA and GRZEGORZ RZEPKA, individually and as husband and wife,<br><br>     Defendants, | NO: 2:20-CV-0240-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |
| SAMPATH SRIKANTH and JOANNA RZEPKA,<br><br>     Counter Claimants,<br>  v.<br><br>VMRD, INC. a Washington corporation,<br><br>     Counter Defendant. | |

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss All Claims and Counterclaims (ECF No. 27). The parties agree that this lawsuit and all claims and counterclaims should be dismissed in their entirety with prejudice and without an award of fees or costs to any party. The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action and all the claims and counterclaims herein, are **DISMISSED** with prejudice and without an award of fees or costs to any of the Parties.

2. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

**DATED** April 27, 2021.



THOMAS O. RICE
United States District Judge